IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT W. GICKING | : | CIVIL ACTION |
| | : | |
| v. | : | No. 06-2390 |
| | : | |
| ROBERT HOCH, JR. et al. | : | |

**ORDER**

And on this 15th day of December, 2006, Defendant John Tiedemann, Inc.'s Summary Judgment Motion (Document Number 18) is GRANTED.

BY THE COURT:

/s/ Juan R. Sánchez, J.
Juan R. Sánchez, J.